JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*MGM Resorts International Operations, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOAN GOLANICS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL OPERATIONS, INC., a domestic corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02798-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT MGM RESORTS INTERNATIONAL OPERATIONS, INC. TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and LR IA 6-1, IA 6-2, and 7-1, Plaintiff Joan Golanics ("Plaintiff") and Defendant MGM Resorts International Operations, Inc. ("Defendant" or "MGMRIO"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the time for Defendant to file its response to Plaintiff's Complaint (ECF No. 1) from September 25, 2026 to **October 23, 2026**. This is the first request for extension of time for Defendant to respond to Plaintiff's Complaint. This Stipulation is based on the following:

1. Plaintiff's Complaint was filed on September 2, 2026. ECF No. 1.

2. Defendant was served with the Summons and Complaint on September 4, 2026, making Defendant's response to Plaintiff's Complaint due on September 25, 2026. ECF No. 7; Fed. R. Civ. P. 12(a)(1)(A)(i).

3. Defendant's counsel was recently retained to handle this litigation and requires additional time to investigate the facts alleged in the Complaint and to confer with its representatives in order to prepare its response to the Complaint, which spans 12 pages, contains 79 paragraphs of detailed allegations, and asserts seven claims for relief under the Americans with Disabilities Act, the Age Discrimination in Employment Act, Title VII of the Civil Rights Act of 1964, the Fair Labor Standards Act, and Nevada law.

4. In light of the foregoing, the parties have agreed to extend the deadline for Defendant to file its response to Plaintiff's Complaint to **October 23, 2026**.

5. This is the first request for an extension of time for Defendant to file its response to Plaintiff's Complaint.

6. The Parties believe these circumstances constitute good cause for granting the requested extension. *See* Fed. R. Civ. P. 6(b)(1); *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (Rule 6(b) is "to be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits").

7. This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 19th day of October, 2026.

MAIER GUTIERREZ & ASSOCIATES

*/s/ Danielle J. Barraza*
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiff*
*Joan Golanics*

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*MGM Resorts International Operations, Inc.*

**ORDER**

IT IS SO ORDERED.

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2026